IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 06-CR-30026-WDS |
| | ) | |
| MONICA DEAN REED, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

This matter is before the Court on the Government's motion to determine the mental competency of the defendant, Monica Reed, to stand trial and for a determination of the defendant's sanity at the time of the offense (Doc. # 12).

On April 3, 2006, the Court ordered that the defendant undergo a psychiatric or psychological examination pursuant to **18 U.S.C. §§ 4241 and 4242.** The Court received the report from the Bureau of Prisons on September 25, 2006, detailing the defendant's evaluation at the Metropolitan Correctional Center in Chicago (MCC) stating that the defendant was not presently suffering from any mental disease or defect, and could adequately cooperate with counsel in her defense and participate in court proceedings. In addition, the report found that there was no evidence that the defendant suffered from a mental disorder at the time of the offense.

The Court held a hearing on the motions pursuant to **18 U.S.C. § 4241 and 4242**, and the defendant stipulated to the findings in the reports. **ACCORDINGLY**, the Court makes the following findings:

1. The defendant was indicted by the grand jury on February 23, 2006, and charged with

six counts of mail fraud in violation of **18 U.S.C. § 1343** (Counts 1-6); one count of bank fraud in violation of **18 U.S.C. § 1344** (Count 7); one count of credit card fraud in violation of **18 U.S.C. § 1029(a)(2)** (Count 8)**;** one count of aggravated identity theft in violation of **18 U.S.C. § 1028A(a)(1)** (Count 9); and one count of use of a false document in violation of **18 U.S.C. § 1001(a)(3)** (Count 10).

2.  The government moved for a psychological or psychiatric examination pursuant to **18 U.S.C. §§ 4241 and 4241**, which the Court granted.  The defendant was transferred, thereafter, to Metropolitan Correctional Center in Chicago (MCC) for evaluation.  The Forensic Report, prepared by Michelle Hoy-Watkins, Psy.D., Contractual Psychologist, found that the defendant did not suffer from a mental disorder that would impair her present ability to understand the nature and consequences of the proceedings against her, to assist in her defense, and to enter into a plea of guilty.  The addendum to the forensic report, also prepared by Hoy-Watkins, further found that there was no evidence that the defendant suffered from a mental disorder at the time the offense was committed.

3.  The Court held a hearing pursuant to **§§ 4241 and 4242** where the defendant stipulated as to her competency to stand trial and at the time the offense was committed.

## CONCLUSION

Based on the foregoing psychological and psychiatric reports, the representations of counsel, and the hearing conducted pursuant to **18 U.S.C. § 4247(b),** the Court **FINDS** by a preponderance of the evidence that the defendant, **MONICA DEAN REED**, is fully and completely able to understand the nature and consequences of the proceedings against her and is able to assist properly in her defense.  The Court **FURTHER FINDS** that the defendant was

competent at the time of the offense, and was able to understand the wrongfulness of her conduct at the time of the offense.

**IT IS SO ORDERED.**

**DATED:     11 October, 2006**

                                               **s/ WILLIAM D. STIEHL**
                                                 **DISTRICT JUDGE**